

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00105-CV

| | | |
|---|---|---|
| GARY MILLHOLLON AND CAROLE MILLHOLLON, Appellants | § | On Appeal from County Court at Law No. 2 |
| | § | |
| | | of Tarrant County (2015-005563-2) |
| V. | § | |
| | | November 27, 2019 |
| ALAN D. DOUGLAS AND PEGGY J. DOUGLAS, Appellees | § | Opinion by Judge Gonzalez |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect $28,370 in lieu of the $29,320 in actual damages. It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that appellants Gary Millhollon and Carole Millhollon shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Ruben Gonzalez_____
Judge Ruben Gonzalez